FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 21-10549   BAK   Judge: BENJAMIN A. KAHN | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | DJ TICKLE PROPERTIES, LLC | Date Filed (f) or Converted (c): | 10/08/21 (f) |
| | | 341(a) Meeting Date: | 11/15/21 |
| For Period Ending: | 06/30/22 | Claims Bar Date: | 01/20/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Pinnacle Bank Account | 80,000.00 | 60,743.08 | | 60,743.08 | FA | 0.00 | 0.00 |
| 2. Facility for Veterinary Practice  2 Storey brick building  11,475 square feet on 2.48 acres, with detached garage | 2,100,000.00 | 0.00 | OA | 0.00 | FA | 2,929,000.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $2,180,000.00 | $60,743.08 | | $60,743.08 | $0.00 | $2,929,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3rd Interim Quarterly Report.
During the next calendar quarter the Trustee intends to file final reports in this case.

2nd Interim Quarterly Report.
During the next calendar quarter the Trustee intends to file final reports in this case.

1st Interim Quarterly Report.
During the next calendar quarter, the Trustee will work on inspecting claims after the January 20 deadline for filing proofs of claim.

Initial Projected Date of Final Report (TFR): 12/31/22    Current Projected Date of Final Report (TFR): 12/31/22

   /s/    EVERETT B. SASLOW, JR.
_____   Date: 07/13/22
        EVERETT B. SASLOW, JR.

LFORM1EX

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 21-10549 BAK Judge: BENJAMIN A. KAHN | Trustee Name: EVERETT B. SASLOW, JR. |
| Case Name: DJ TICKLE PROPERTIES, LLC | Date Filed (f) or Converted (c): 10/08/21 (f) |
| | 341(a) Meeting Date: 11/15/21 |
| | Claims Bar Date: 01/20/22 |

HILL EVANS JORDAN & BEATTY, PLLC
POST OFFICE BOX 989
GREENSBORO, NC  27402
Phone: (336) 379-1390
Email: saslow@hillevans.com
Bar Number: 7301

LFORM1EX

Ver: 22.06b

EXHIBIT B (Form 2)

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 21-10549 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | DJ TICKLE PROPERTIES, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******5535 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3750 | | |
| For Period Ending: | 06/30/22 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/14/21 | 1 | Pinnacle Financial Cashier's Check | Pinnacle Financial Bank Account bal | 1129-000 | 60,743.08 | | 60,743.08 |
| C  11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 30.29 | 60,712.79 |
| C  12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 64.87 | 60,647.92 |
| C  01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 66.96 | 60,580.96 |
| C  02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 66.89 | 60,514.07 |
| C  03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 60.35 | 60,453.72 |
| C  03/23/22 | 002001 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Prorated premium Chapter 7 blanket bond #016036434 | 2300-000 | | 42.87 | 60,410.85 |
| C  04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 66.75 | 60,344.10 |
| C  05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 64.48 | 60,279.62 |
| C  06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 66.56 | 60,213.06 |

LFORM2T4

Ver: 22.06b

**EXHIBIT B (Form 2)**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 21-10549 -BAK | |
| Case Name: | DJ TICKLE PROPERTIES, LLC | |
| Taxpayer ID No: | *******3750 | |
| For Period Ending: | 06/30/22 | |

| | | |
|---|---|---|
| Trustee Name: | EVERETT B. SASLOW, JR. | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | *******5535 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 1,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******5535 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 1 Deposits | 60,743.08 | | 1 Checks | 42.87 |
| 0 Interest Postings | 0.00 | | 8 Adjustments Out | 487.15 |
| | | | 0 Transfers Out | 0.00 |
| Subtotal | $ 60,743.08 | | Total | $ 530.02 |
| 0 Adjustments In | 0.00 | | | |
| 0 Transfers In | 0.00 | | | |
| Total | $ 60,743.08 | | | |

/s/ EVERETT B. SASLOW, JR.

Trustee's Signature: _____  Date: 07/13/22

EVERETT B. SASLOW, JR.
HILL EVANS JORDAN & BEATTY, PLLC
POST OFFICE BOX 989
GREENSBORO, NC  27402
Phone: (336) 379-1390
Email: saslow@hillevans.com

LFORM2T4

Ver: 22.06b

**EXHIBIT B (Form 2)**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 21-10549 -BAK | | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|---|
| Case Name: | DJ TICKLE PROPERTIES, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******5535  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3750 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Bar Number: 7301